# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO. 2021 KW 0259

**MAY 24, 2021**

---

In Re:     Jason Jarrell Spikes, applying for supervisory writs,
           22nd Judicial District Court, Parish of Washington,
           No. 14-CR8-126847.

---

**BEFORE:     THERIOT, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

                         **MRT**
                         **EW**
                         **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT